1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  KEVIN B. SMITH, JR.,              )   NO. CV 07-7028-VAP (MAN)
                                      )
12                  Plaintiff,        )   ORDER ACCEPTING AND ADOPTING
                                      )
13            v.                      )   FINDINGS, CONCLUSIONS, AND
                                      )
14  LOS ANGELES COUNTY, et al.,       )   RECOMMENDATIONS OF UNITED STATES
                                      )
15                  Defendants.       )   MAGISTRATE JUDGE
                                      )
16
17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second
19  Amended Complaint, all of the records herein, the Report and
20  Recommendation of United States Magistrate Judge, and plaintiff's
21  Objections.  The Court has conducted a *de novo* review of those matters
22  to which objections have been asserted in writing.  Having completed its
23  review, the Court accepts and adopts the Magistrate Judge's Report and
24  Recommendation.

25

26       **IT IS ORDERED** that: (1) Claims Seven through Fifteen of the Second
27  Amended Complaint are dismissed without leave to amend; (2) all claims
28  alleged in the Second Amended Complaint against defendants Sheriff Baca,

Sergeant Mejia, and the Los Angeles County Sheriff's Department are dismissed without leave to amend; (3) the Second Amended Complaint is dismissed; (4) if plaintiff wishes to pursue this action, he shall file his Third Amended Complaint within thirty (30) days of this Order; and (5) the Third Amended Complaint may plead only those claims alleged in the Second Amended Complaint as Claims One through Five against defendant County of Los Angeles and Claim Three against defendant Deputy Sanchez, and may not include additional claims and defendants.

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order on plaintiff.

DATED: December 6 2008.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2