UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN B. SMITH, JR., | ) | NO. CV 07-7028-VAP (MAN) |
| Plaintiff, | ) ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) ) | FINDINGS, CONCLUSIONS, AND |
| LOS ANGELES COUNTY, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed and no Objections have been filed. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that the motion to dismiss the Third Amended Complaint filed by defendant County of Los Angeles ("County") on April 6, 2009 ("Motion") is granted, in part, and denied, in part, as follows:

(1) The Motion is denied as to Claim Three of the Third Amended Complaint;

(2) The Motion is granted as to Claims One, Two, Four, and Five of the Third Amended Complaint, and Claims One, Two, Four, and Five are dismissed without prejudice; and

(3) Defendant County shall file and serve an Answer to the remaining claim of the Third Amended Complaint (Claim Three) within twenty (20) days of this Order.

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order on the parties.

DATED: Sept 17 2009

                                       _____
                                       VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE