UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. SMITH, | ) NO. CV 07-7028-VAP (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| LOS ANGELES COUNTY, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 19, 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE